IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIVIL DIVISION

FRED COLWELL,

    Plaintiff,

v.

    Case No.:
    Div.

MONTEREY FINANCIAL
SERVICES, LLC,

    Defendant.
_____/

## COMPLAINT AND JURY DEMAND
(Unlawful Debt Collection Practices)

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer against Monterey Financial Services, LLC ("Monterey Financial") for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55, et seq. ("FCCPA"), each of which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

When it enacted the FDCPA, Congress found there to be abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

### II. JURISDICTION AND VENUE

2. This is an action for damages not exceeding $15,000.00, exclusive of interest, costs, and attorney's fees and is within the jurisdictional limits of this court.

3. Plaintiff Fred Colwell ("Colwell") is a natural person residing in the Census-Designated Place of Ruskin, County of Hillsborough, and State of Florida.

4. Venue of this action is proper in the county named above because the cause of action accrued in Hillsborough County and it is the county where Colwell resides.

5. Upon information and belief, Defendant is Monterey Financial, a California debt services company operating from an address at 4095 Avenida De La Plata, Oceanside, California 92056 and doing business collecting debts in the State of Florida.

6. Monterey Financial may be served at the address listed on the court summons through its registered agent in the State of Florida.

7. For the purposes of this Complaint, unless otherwise indicated, "Defendant" or "Monterey Financial" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of the Defendant named in this caption.

### III. FACTUAL ALLEGATIONS

8. Monterey Financial is engaged in the collection of debts from consumers using the mail and telephone. Monterey Financial regularly attempts to collect consumer debts alleged to be due to another. Monterey Financial is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) and the FCCPA, Fla. Stat. §559.55(7).

9. Colwell is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3) and the FCCPA, Fla. Stat. §559.55(8).

10. The purported debt that Monterey Financial attempted to collect from Colwell was a "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5) and a "consumer debt" as defined by the FCCPA, Fla. Stat. §559.55(6).

11. The debt at issue in this Complaint stems from an RV membership with Timber lodge RV Resort ("Timber lodge") which Colwell used for personal, family, and household services (the Alleged Debt).

12. As part of the enrollment process and in an effort to induce Colwell into signing the contract, a number of misrepresentations were made about the nature of the services to be provided, as well as the number of resorts and participating resorts in which Colwell would receive discounts as part of the RV membership. Colwell relied on each of these misrepresentations in entering into the agreement.

13. Upon learning that Timberlodge lied about the rate reductions and participating resorts, Colwell stopped payment on the account.

14. At some time prior to June 10, 2017, the alleged Debt was consigned, placed, sold, or otherwise transferred to Monterey Financial for collection from Colwell.

15. As a result of the misrepresentations in the enrollment, on June 10, 2017, Colwell notified Monterey Financial in writing that, "I dispute your claim/debt that I owe money," and "I request a copy of [sic] contract and any and all paperwork regarding this so-called debt." Dispute Letter attached hereto as Exhibit A and incorporated fully herein.

16. Monterey Financial received the letter as evidenced by their July 13, 2017 response pursuant to the debt validation requirements. Response Letter attached hereto as Exhibit B and incorporated fully herein.

17. After a bankruptcy discharge in 2010, Colwell has been taking proactive steps to monitor and rebuild his credit history, including periodic reviews of his credit report.

18. On August 10, 2017, Colwell accessed a copy of his TransUnion credit report and noticed the Alleged Debt listed as an adverse account on his credit report. Applicable Tradeline attached hereto as Exhibit C and incorporated fully herein.

19. In an effort to collect, Monterey Financial is reporting the Alleged Debt as an adverse account on Colwell's TransUnion credit report, and likely others.

20. Most important in this claim, Monterey Financial has failed to notate the account as disputed by the consumer.

21. Monterey Financial's agents were acting with the knowledge, consent and at the direction of the Defendant, Monterey Financial Services, LLC.

22. As a result of Monterey Financial's actions, Colwell suffered actual damages.

### IV. FIRST CLAIM FOR RELIEF
#### (Violation of the FDCPA)

23. Colwell repeats, realleges, and incorporates by reference each of the averments in paragraphs 2 – 22 above.

24. Monterey Financial violated the FDCPA. Monterey Financial's violations include, but are not limited to, the following:

> (a) Monterey Financial violated 15 U.S.C. § 1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

25. As a result of the above averments, Monterey Financial is liable to Colwell for a declaratory judgment that Monterey Financial's conduct violated the FDCPA, as well as Colwell's actual damages and statutory damages in an amount not exceeding $15,000.00, of which the exact amount will be proven at trial, as well as and attorney's fees and costs.

### V. SECOND CLAIM FOR RELIEF
#### (Violation of the FCCPA)

26. Colwell repeats, realleges, and incorporates by reference each of the averments in paragraphs 2 – 22 above.

27. Monterey Financial violated the FCCPA. Monterey Financial's violations include, but are not limited to, the following:

> (a) Monterey Financial violated Fla. Stat. §559.72(6) by disclosing information concerning the existence of a debt known to be reasonably disputed by the debtor without disclosing that fact.

28. As a result of the above averments, Monterey Financial is liable to Colwell for a declaratory judgment that Monterey Financial's conduct violated the FCCPA, as well as Colwell's actual damages and statutory damages in an amount not exceeding $15,000.00, of which the exact amount will be proven at trial, as well as and attorney's fees and costs.

**WHEREFORE**, Colwell respectfully requests that judgment be entered against Monterey Financial Services, LLC for the following:

    a. Declaratory judgment that Monterey Financial's conduct violated the FDCPA and the FCCPA;
    b. Actual damages;
    c. Statutory damages pursuant to 15 U.S.C. § 1692k and/or Fla. Stat. §559.77(2);
    d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and/or Fla. Stat. §559.77(2);
    e. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

/s/ Richard K. Peck, Esq.
Richard Peck, Esq. FBN: 47105
Scott C. Florin, Esq. (Of Counsel) (FBN. 0088202)
**Elkin-Peck, PLLC**
12515 Spring Hill Dr.
Spring Hill, Florida 34609
352-835-7977
Attorneys for Plaintiff
service@elkinpeck.com
litigation@elkinpeck.com

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

/s/ Richard K. Peck, Esq.
Richard Peck, Esq. FBN: 47105
Scott C. Florin, Esq. (Of Counsel) (FBN. 0088202)
**Elkin-Peck, PLLC**
12515 Spring Hill Dr.
Spring Hill, Florida 34609
352-835-7977
Attorneys for Plaintiff
service@elkinpeck.com
litigation@elkinpeck.com

June 10 2017

Monterey Financial Services Inc
4095 Avenida De La Plata,

Oceanside, CA 92056

I dispute your claim/debt that I owe money.

I request a copy of contract and any and all paperwork regarding this so-called debt.


Fred Colwell

**Exhibit A**



Monterey Collections
4095 Avenida de la Plata
Oceanside, CA 92056

TELEPHONE: (877) 775-3091
FAX: (760) 639-3541

A division of Monterey Financial Services, LLC.

THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

COLWELL, FRED
3917 MANATEE CLUB DR
RUSKIN, FL 33570

July 13, 2017

Account#: 011-502-865367
Contract#: 157125
Client: Timberlodge RV Resort

In response to your correspondence received, and pursuant to the debt validation requirements set forth in the Fair Debt Collection Practices Act, please find enclosed the necessary proof of debt.

Regards,

Mark Perkins
Collections Representative
Monterey Collection Services
877-775-3091 x 1311

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

4095 Avenida De La Plata • Oceanside, CA 92056 • P.O. Box 5199, Oceanside, CA 92052
(760) 639-3540 • (877) 775-3091 • Fax (760) 639-3641
Web Site: www.montereyfinancial.com

**Exhibit B**

Page: 1 of 9

File Number: ▮▮▮▮▮067
Date Issued: 08/10/2017

 TransUnion

## Personal Information

You have been on our files since 08/01/1974
Date of Birth: ▮▮▮▮▮

SSN: XXX-XX-7614

**Names Reported:** FRED JOHN COLWELL

**Addresses Reported:**

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 3917 MANATEE CLUB DR, RUSKIN, FL 33570-6173 | 02/24/2016 | 12567 SW PEMBROKE CIR N, LAKE SUZY, FL 34269-6935 | 05/01/2002 |
| 4848 N LYDELL AVE APT 118, MILWAUKEE, WI 53217-5851 | 03/01/2002 | 26376 NADIR RD APT 307, PUNTA GORDA, FL 33983-6261 | |
| 13189 SW PEMBROKE CIR N, LAKE SUZY, FL 34269-6908 | 03/26/2015 | 14880 TAMIAMI TRL, PUNTA GORDA, FL 33955-9763 | 01/14/2016 |
| 3719 MANATEE CLUB DR, RUSKIN, FL 33570 | 04/26/2016 | 14880 TAMIAMI TRL SUN SHADE RV PARK APT 6, PUNTA GORDA, FL 33955 | 12/16/2015 |

**Telephone Numbers Reported:**

(941) 661-6879   (941) 235-3989   (941) 907-4774   (941) 743-6076

**Employment Data Reported:**

| Employer Name | Date Verified | Position |
|---|---|---|
| PAE | 01/29/2008 | SALES |
| T W DYNATECH | 10/01/2001 | |
| SELF | 11/01/1999 | |

## Public Records

**FLORIDA FEDERAL COURT - TAMPA** Docket #: 928868 (801 N FLORIDA AVE, SUITE 727, TAMPA, FL 33634, (813) 301-5065)
Date Filed: 12/13/2009        Type:  CHAPTER 7 BANKRUPTCY DISCHARGED    Court Type:     Federal District
Date Paid: 03/31/2010         Responsibility: Individual Debt                     Plaintiff Attorney: CHRISTOPHER D SMIT
Date Updated: 04/01/2010
Estimated month and year that this item will be removed: 11/2019

## Account Information

Typically, creditors report any changes made to your account Information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | 20C | VS | RPS | C/O | FCL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets >< indicates that this remark is considered adverse.

AID   ACCT INFO DISPUTED BY CONSUMR         CBC   ACCOUNT CLOSED BY CONSUMER         CLO   CLOSED
STL   CREDIT CARD LOST OR STOLEN

## Adverse Accounts

**MONTEREY COLL SVC #50286****** (4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802, (760) 639-3540x3236)

| | | | |
|---|---|---|---|
| Placed for collection: | 05/24/2017 | Balance: | $230 | Pay Status: >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 07/31/2017 | |
| Account Type: | Open Account | Original Amount: | $199 | |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Original Creditor: | TIMBERLODGE RV RESORT INC (Financial) | |
| | | Past Due: | >$230< | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 03/2024

**Exhibit C**

To dispute online go to: http://transunion.com/disputeonline

P 79X52-002 02113-1027689 03/16